IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MELVIN J. VALENTIN VARGAS,
    Plaintiff,

vs.                                       CASE NO.: 3:10cv183/LAC/MD

STATE OF FLORIDA, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

        This cause is before the court on referral from the clerk. On June 2, 2010, plaintiff filed a civil rights complaint under 42 U.S.C. § 1983 alleging violation of his civil rights along with a motion to proceed *in forma pauperis* (docs. 1 & 2). Plaintiff's complaint was found to be deficient and he was ordered to file an amended complaint within twenty-eight days (doc. 4). On June 8, 2010, plaintiff filed a letter advising the court that he was no longer incarcerated and supplied his current address (doc. 6). However, mail that was forwarded to this new address was returned as "undeliverable." Therefore, a show cause order was issued on August 4, 2010 (doc. 9) giving plaintiff twenty days to show cause why this case should not be dismissed. To date, there has been no response from plaintiff advising of his inability to comply with this court's previous orders or attempting to pursue litigation of this cause.

        Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to keep the court apprised of his current address and failure to prosecute this action.

At Pensacola, Florida, this 10th day of September, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).