## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**MELVIN J. VALENTIN VARGAS,**
      **Plaintiff,**

**vs.**                          **CASE NO.: 3:10cv183/LAC/MD**

**STATE OF FLORIDA, et al.,**
      **Defendants.**

---

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 10, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This case is dismissed without prejudice for plaintiff's failure to keep the court apprised of his current address and failure to prosecute this action.

DONE AND ORDERED this 12th day of October, 2010.


*s/L. A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**